1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND SHANNON HARBISON,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 05 5011 MJJ<br><br>Before the Honorable MARTIN J. JENKINS<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:   MARCH 14, 2006<br>Conference Time:   2:00 p.m.<br>Location:                  Courtroom 11, 19TH fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the March 3, 2006 Case Management Conference ("CMC") to __June 13, 2006 @ 2:00 pm__, at 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 3/9/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1