E-filing

| | |
|---|---|
| LAWRENCE J. GORNICK, ESQ. (SBN 136290)<br>EMILY CHARLEY, ESQ. (SBN 238542)<br>**LEVIN SIMES KAISER & GORNICK LLP**<br>One Bush Street, 14th Floor<br>San Francisco, California 94104<br>Telephone   (415) 646-7160<br>Facsimile    (415) 981-1270<br><br>Attorneys for Plaintiffs | FILED<br>APR 0 4 2006<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HARBISON AND SHANNON HARBISON<br><br>   Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendants. | Case No. C 05 5011 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>HON. MARTIN J. JENKINS |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: March 29, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**

_____
Emily Charley
Attorneys for Plaintiffs

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

4/4/2006
DATE

VOLUNTARY DISMISSAL                                                                                     PAGE 1